IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF NEW YORK
Southern

① Robert Derek Lorch Jr.

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

~see attached (Defendant List)~

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**

(Non-Prisoner Complaint)

Case No. **25 CV 6860**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis.*

## Defendant List

① "The City Of New York"

② Jane doe MD that discharged the Plaintiff

③ NYPd P.O. Litzman

④ The 4 or 5 other NYPd officers that assisted In detaining the Plaintiff and assaulting him

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Robert Derek Lorch Jr. |
| Street Address | 321 East Tremont avenue |
| City and County | Bronx |
| State and Zip Code | NY  10457 |
| Telephone Number | |
| E-mail Address | RobertLorch2018@Gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | "The City of New York" |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

    Name             Jane doe MD that discharged the

    Job or Title       Plaintiff
    (if known)

    Street Address    419 west 114th street

    City and County   New York

    State and Zip Code   NY 10025

    Telephone Number

    E-mail Address
    (if known)


Defendant No. 3

    Name             P.o. Litzman

    Job or Title       NYPD officer at Mount Sinai
    (if known)

    Street Address    419 west 114th street

    City and County   New York

    State and Zip Code   NY 10025

    Telephone Number

    E-mail Address
    (if known)


Defendant No. 4

    Name             John doe (4 or 5 individuals)

    Job or Title       NYPD officers
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

• Mount Sinai (Morningside Location)

B.    What date and approximate time did the events giving rise to your claim(s) occur?

• May 1, 2025 (7AM) to (7:30 AM)

C.    What are the facts underlying your claim(s)?  *(For example: What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

-See Attached-

## Facts of the Incident

ON May 1, 2025 after having drinks with a female associate from Syracuse at the "Dream Hotel" (Mid-town Location), the Plaintiff traveled with his female associate to The New Ebony Hotel Located on 112th street In Harlem, NY.

After arriving at the hotel, due to Its shady condition, the Female the Plaintiff was with wanted to end the night so the Plaintiff being a gentleman honored her request and left.

Once the Plaintiff reached 125th street, he started to feel a sharp pain In his Left shoulder and was advised by onlookers to call 911.

An ambulance arrived Following the Plaintiff's call to 911 and he was taken to Mount Sinai (Morningside Location) around 5:30 am with his personal belongings In tow (a phone charger, couple ounces of Marijuana and a $100 dollar bill along with other currency concealed In a bag).

At 5:40 am the Plaintiff was admitted to Mount Sinai hospital and Instructed by the medical doctor that admitted him to wait For X-rays In order For them to correctly diagnose the ailment or condition.

Shortly after, the Plaintiff was assigned to a hospital gurney and while on this gurney, the Plaintiff had Fell asleep.

About 7am a NYPD officer that was assigned to monitor the patients In the emergency room area along with other officers (that was also NYPD) approached the Plaintiff and stated the Following "Im tired of yall homeless bums using the emergency area as a hotel, you been here since midnight, get up now your being discharged!"

Due to just waking up, the Plaintiff was confused and informed the main officer (P.O. Litzman I think) that he only arrived an hour or so ago and he is only here For medical treatment (not a place to rest.) (the Plaintiff had money For a hotel and at the time he was residing at a transitional housing Program For men, so he had a place to go).

The Main Officer just looked at the Plaintiff with disgust and again told him "your being discharged, doctor where is his discharge papers?"

For some odd reason even though the Plaintiff did not receive any medical care associated with his initial complaint, a doctor in this department (a caucasian blonde) brought the Plaintiff's discharge papers.

Realizing that everyone was working against him, the Plaintiff told officers that he came to the hospital with a shopping bag containing his personal items and he would like this bag back before he leaves.

These officers disregarded the Plaintiff's request and told the Plaintiff that he has to leave immediately as they made comments and rude remarks about homeless individuals.

non-aggressively the Plaintiff jumped off the hospital gurney and asked the non-NYPD security staff at the hospital to locate his bag. I guess this non-threatening action by the Plaintiff triggered the NYPD officers because as soon as the Plaintiff made this request, he was tackled to the ground and handcuffed by these officers.

As soon as the handcuffs was placed on the Plaintiff's wrist, the NYPD officers (Everyone that was present) degpiled on the Plaintiff and started striking him with closed fist as they dragged the Plaintiff out of the hospital by violently pulling the Plaintiff's dreadlocks.

Following this event, officers aggressively dragged the Plaintiff out the exit of the hospital then uncuffed the Plaintiff after they finished assaulting him.

Ashamed and humiliated, the Plaintiff got up after being assaulted and ran to the nearest corner store, requesting they assist him in charging his phone, so the Plaintiff can utilize his phone to call 911 (which they happily agreed to).

A couple minutes after the Plaintiff's phone was plugged in to be charged, he dialed 911 to report the theft and assault at the hospital.

Subsequently, two females that were on-duty NYPD officers, arrived on scene to take the Plaintiff's complaint. They informed the Plaintiff not to include too much details about the assault because he will have to file the report related to that incident with the hospital (which is why the Plaintiff only documented details about the theft in the complaint and briefly mentioned the assault).

Once the report was done, the Plaintiff called 911 again and requested an ambulance. After the ambulance arrived, the Plaintiff was once again taken to Mount Sinai hospital (Morningside Location).

A medical doctor examined the Plaintiff In the ER for the Injuries related to the assault and any Injuries that were exacerbated by the assault Like the Plaintiff's Left shoulder Pain.

After being examined, the Plaintiff was Instructed to wait for x-rays and after he explained the assault to the Security staff that was on shift at that time, they allowed him to fill out a Complaint about the NYPD officers that assaulted him.

By the time the Plaintiff finished the complaint against the Officers, he was taken for x-rays and Prescribed Medication for the Pain he was experiencing from the assault with the hospital staff apologizing for the NYPD officer's behavior.

As a result of the Incident, the Plaintiff's Left shoulder Is permanantly damaged and the dreadlocks that were pulled were Irreparbly damaged causing a bald spot In the area that they were pulled from as well as contusions that have subsided (or healed) since the Incident.

## Intentional assault and Battery

Officers In this matter Intentionally handcuffed the Plaintiff without reasonable suspicion to detain him or probable cause to arrest him for the sole purpose of assaulting him.

The Plaintiff was brutally kicked, punched and dragged after he was handcuffed without cause then released by the defendants without any criminal charges or violations being brought against the Plaintiff.

Furthermore, It should be noted that the Plaintiff did not consent to the officers In this matter touching him In any type of manner.

## Excessive Force

When officers in this matter seized the Plaintiff, these employees of "The city of New york" never gave the Plaintiff a verbal command to put his hands behind his back or even informed him that he was being arrested; so any physical force utilized during the incident was unnecessary.

The officers acts of slamming the Plaintiff to the ground, dogpiling on the Plaintiff, striking him with closed fist and intentionally ripping the Plaintiff dreadlocks from the root was all different forms of force that was unreasonably utilized in this incident.

For these violent acts to be carried out against the Plaintiff, when he was only in the ER because he was instructed to be there, is shocking to the conscience and traumatizing to the degree that any hospital setting is now viewed by the Plaintiff as a Battlefield and no longer a safe Place.

Claim #3                                                     U.S.C. 1983

## UNLAWFUL SEIZURE

When Officers Initially approached the Plaintiff In the matter, they accused him of being a homeless Inhabitant of NYC that was allegedly utilizing Mount Sinai (Morningside Location) Emergency room as a place to sleep Instead of Its Intended purpose; which Is to be utilized to provide Emergency medical care to the people of NYC located within the confines of that area.

These accusations by these Officers were unfounded, bias and Implausible based on the Information the Officers had access to at the time of the Incident.

Officers accused the Plaintiff, on the day In question, of arriving at the hospital at midnight and sleeping up until the time they approached him; However, hospital records show the Plaintiff was admitted to ER at 5:40 am.

Based on the foregoing information, the seizure of the Plaintiff on the day of the incident was unwarranted and the brutal assault that followed was cruel and unusual.

Furthermore, the doctor that discharged the Plaintiff was aware that these accusations were false but still wrote the order to discharge the Plaintiff knowing (based on the hospital records) that the Plaintiff was simply waiting on X-rays; yet, this doctor still chose to discharge the Plaintiff without providing any medical care to the Plaintiff even though he was admitted to receive medical care based off his initial complaint.

Not only was the Plaintiff seized, he was also handcuffed and brutally beaten on the day of the incident; which all constitutes a seizure in some form.

## False arrest

On the day of the Incident, the Plaintiff was arrested without reasonable suspicion to detain him or Probable cause to arrest him.

This act by the Officers Involved constitutes a False arrest.

## Violation Of Equal Protection

### Clause

ON the day of the Incident as the Plaintiff was waiting asleep on a hospital gurney For X-rays, officers woke him up and Forcefully removed him violently From the hospital because they viewed him as a homeless Person that was utilizing the hospital as a place to sleep.

Regardless IF a Person IS homeless, Part of the LGBTQ community or disabled (mentally or Physically); these classes of People deserve medical care (espesially emergency medical treatment) when requested.

However, on the day of the Incident even though the Plaintiff requested medical care through Nyc's 911 emergency services; he was denied treatment and violently discharged From the hospital because he was misclassified as homeless.

Other Patients was afforded care but because the Plaintiff was Perceived as belonging to a certain class of People he was denied treatment and assaulted while others similarly situated received care without being discharged before being tended to or assaulted.

Just because a Person Is not Fortunate enough to have a residence to call home does not mean they shouldn't be afforded proper medical treatment.

Furthermore, these officers denied the Plaintiff his rights under the Equal Protection clause simply because they stereo-typed him as a homeless Individual that entered the hospital under False Pretenses Just to obtain some sleep; when In fact the Plaintiff had actual medical Issues that needed to be tended to.

## Defendants associations with

### Claims

(1) claim # 1 - P.O. Litzman and the 4 or 5 other officers

(2) claim #2 - P.O. Litzman and the 4 or 5 other officers

(3) claim #3 - P.O. Litzman, Jane doe MD that discharged Plaintiff and the 4 or 5 other officers

(4) claim #4 - P.O. Litzman and the 4 or 5 other officers

(5) claim #5 - P.O. Litzman and the 4 or 5 other officers

---

## Joint action test associated

### with Claim #3

MD Jane doe, although a private actor, acted in concert with P.O. Litzman and the other 5 officers to intentionally violate the Plaintiff's constitutional rights.

This doctor was aware that the Plaintiff was only admitted at 5:40 am and was only waiting for x-rays and in spite of this, she still wrongfully discharged the Plaintiff in order for

him to be Forcefully removed and assaulted without reason.

These acts by this doctor In conjunction with the officer turns this Private actor Into a State actor For 1983 Purposes. Both Parties engaged In an agreement to Purposely Violate the Plaintiffs constitutional Protections.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Violation of constitutional protections
② Multiple contusions
③ Several dreadlocks ripped from the root causing a baldspot
④ Physical and Emotional suffering
⑤ Exacerbated shoulder injury

## V. Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

① Im suing each entity listed for $10 million dollars in compensatory damages and ② Im suing each individual defendant for $5 million dollars in compensatory damages and $5 million dollars in punitive damages

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/19 , 2025

Signature of Plaintiff _____

Printed Name of Plaintiff  Robert Derek Lurch Jr. _____