Robert d. Lurch Jr.
Docket number#:25-cv-6860
Date:September 4,2025

# Motion to amend Jane Doe defendant name

Your honor,based on the medical records of the incident,the plaintiff believes that the doctor that discharged him on the day of the incident is M.D. Mikhail Budovich.

Therefore,the plaintiff will like this court to amend the section of his complaint listing the Jane Doe MD as a defendant and replace this unidentified defendant with M.D. Mikhail Budovich name(so the complaint can reflect).

Name: Robert D. Lurch Jr
Signature:
Date: 9/4/2025

2025 SEP -5 PM 4:32

SDNY PRO SE OFFICE
RECEIVED

Robert D Lurch Jr.
Docket #:25-cv-6860
Date:9/4/2025

# <u>Exhibits</u>

## "Providing evidence in support of my allegations documented In my Section 1983 complaint"

Name: Robert D. Lurch Jr.   Date: 9/4/2025   Signature

# Exhibit A

## "Prehospital summary care report of May 1,2025 Incident, 1st Visit"

*Establishes that the Plaintiff was driven by an ambulance to Mount Sinai Morningside Hospital on May 1,2025

*Demonstrates that the plaintiff's chief complaint was shoulder pain at the time he interacted with the Emt's on the day of the incident

*This document proves the plaintiff arrived at the hospital around 5am

*Also showed the plaintiff was accepted into the hospital without Incident and did not exhibit any aggressive behavior upon being admitted to the hospital



# Prehospital Care Report Summary

## Mount Sinai EMS

150 E 42 Street; 3rd Floor; New York, NY 10017

**Date:** 05/01/2025  **Call #:** 0621  **Booklet:** 111319465  **Branch:** 911  **Time Zone:** GMT-05:00 Eastern

### Call Information:

**Billing Disposition:** Treated/Transported (10-82)
**Unit Disposition:** Patient Contact Made [82, 83, 93, 94, 94A, 95]
**Patient Evaluation/Care Disposition:** Patient Evaluated and Care Provided [82, 94, 94A, 83R]
**Crew Disposition:** Initiated and Continued Primary Care [82,94A,83R,83D after arrival, CP]
**Transport Disposition:** Transport by This EMS Unit (This Crew Only) [82]
**Deceased Patient:** Not Applicable
**Assist:** Not Applicable
**Initial Patient Acuity:** Emergent (Yellow)
**Unit #:** 11G1 - 11G1, Ground-Ambulance - BLS  **Trip Type:** Initial Trip
**Run Type to Scene:** Emergency Response (Primary Response Area) Emergent (Immediate Response)

**Service Requested:** 911 / Emergency Response
**Incident Facility:**
**Incident Location:** 200 W 125 ST - Manhattan, NY 10027 (New York County)
**Incident Location Type:** Street/Hwy

**Receiving Facility:** 20 Mount Sinai Morningside (Hospital) - 1111 Amsterdam Avenue - Manhattan, NY 10027
**Facility Address:** 1111 Amsterdam Avenue - Manhattan, NY 10027
**Bed #:** N/A  **Registration #:** 999999  **Assumed Care Name:** N/A
**Destination Type:** Hospital Emergency Department
**Dest. Reason:** Nearest/Most Accessible Facility
**Hospital Capability:** Hospital (General)
**Condition of Patient At Destination:** Unchanged

**Loaded Mileage:** 1.2 (Total Mileage: 1.2)
**Crew Members:** Sherrod Banton 7781, EMT*(DOC)*; Dora Perez 7477, EMT*(DS)(DH)*

**Moved to Amb By:** Walked With Assist  **Transport Position:** Semi/Full Fowlers  **From Amb By:** Stretcher
**Factors Affecting Service Delivery:**
**Dispatch Delay:** None/No Delay
**Response Delay:** None/No Delay
**Scene Delay:** None/No Delay
**Transport Delay:** None/No Delay
**Turn-Around Delay:** None/No Delay
**Emergency Treat, Triage, and Transport:**
**Does this patient meet Treat in Place or Alternate Destination criteria?** No

**Call Origin:** N/A  **Lights/Siren:** Scene - Lights and Sirens, Destination – No Lights and Sirens
**Pre-Arrival Alert/Activation:** No  **Time:**

| | |
|---|---|
| **# Patients Transported** | |
| In My Unit: | 1 |
| **# Patients at Scene:** | 1 |
| **Call Received:** | 04:15:01 |
| **Dispatched:** | 04:24:48 |
| **En Route:** | 04:25:04 |
| **At Staging Area:** | |
| **On Scene:** | 04:28:21 |
| **Patient Contact:** | 04:30:24 |
| **Transfer of EMS Patient Care:** | |
| **Left Scene:** | 05:02:18 |
| **At Destination Landing:** | |
| **At Destination:** | 05:09:47 |
| **Destination Patient Transfer of Care:** | 05:24:14 |
| **Bed Assign Time:** | |
| **In Service:** | 05:49:27 |
| **Home Location:** | |

| | |
|---|---|
| **Time On Scene:** | 34 Min |
| **Time to Destination:** | 45 Min |
| **Total Time of Run:** | 85 Min |

---

### Patient Information:

**Name:** Robert Lurch
**Address:** 314 w 40st - New York, NY 10018
**County:** New York
**Patient Country:** UNITED STATES
**Phone:**
**Email:**
**SSN:** --
**Driver License:**

**DOB:** 11/28/1990
**Sex:** Male
**Gender:** Male
**Age:** 34 Years
**Weight:** 220.0 lbs, 99.8 kg
**Broselow:**

**Current Meds:** None Reported  **Comments:**
**Env Allergies:** No Known Allergies  **Comments:**
**Med Allergies:** No Known Drug Allergies  **Comments:**
**Patient Physician:**
**Advance Directives:**

**PMH:**    None Reported,
**Comment:**
**Patient Physical Limitations:**
**Comment:**
**Medical History Obtained From:** Patient

**Payer Information:**

| Priority: | Name: **SELF-PAY | Type: | Policy #: | Group #: |
|---|---|---|---|---|
| Policy Holder: , , Apt , | | | Phone: | DOB: |
| Relationship of Patient to Insured: | | | | |

## Clinical:

**Onset Date/Time:**
**Dispatch Reason (EMD):** INJURY   INJURY - Non-Critical Injury
**Medical Need:**

**Chief Complaint (Primary):** Shoulder Pain   **Duration:** 1   Days
**Organ System:** Musculoskeletal/Skin
**Anatomic Location:** Extremity-Upper
**Provider Impression:** Pain - Acute
**Mechanism of Injury:**
**Protocol 1:**   **BLS Standard Approach to Patient        **Protocol 2:**

## Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| 04:30:24 | Perez 7477, Dora | ABC | **Airway:**<br>**General:** Patent: Yes<br>**Breathing:**<br>**Rate:** Normal: Yes<br>**Quality:** Unlabored: Yes<br>**Lung Sounds: Left:** Clear: Yes<br>**Lung Sounds: Right:** Clear: Yes<br>**Circulation:**<br>**General:** Normal: Yes<br>**Skin Capillary Refill:** Normal<br>**Skin Color:** Normal: Yes<br>**Skin Temperature:** Normal: Yes<br>**Skin Condition:** Normal: Yes |
| 04:31:24 | Perez 7477, Dora | Neurological | **AVPU:** Alert<br>**Mental Status:** Normal: Yes<br>**Neurological:** All Neuro: Normal |

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 04:34:24 | Perez 7477, Dora | **BP:** 142/  **Pulse:** 76  **Resp:** 18  **Effort:** Normal  **SPO2:** 96<br>**Blood Sugar:** 104 **Pain:** 8<br>**Glasgow Coma Score:** E (4) + V (5) + M (6) = **15**  **RTS:** 12<br>**Method of Blood Pressure Measurement:** Cuff - Manual Palpated Only<br>**Pulse Type:** Regular  **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter<br>**Environment:** Room Air/Rest **Pain Scale:** Numeric (0-10) |
| 04:41:24 | Banton 7781, Sherrod | **BP:** 136/  **Pulse:** 82  **Resp:** 18  **Effort:** Normal  **SPO2:** 98<br>**Pain:** 8<br>**Glasgow Coma Score:** E (4) + V (5) + M (6) = **15**  **RTS:** 12<br>**Method of Blood Pressure Measurement:** Cuff - Manual Palpated Only<br>**Pulse Type:** Regular  **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter<br>**Environment:** Room Air/Rest **Pain Scale:** Numeric (0-10) |

## Treatments/Medications:

| Time | Employee | Summary |
|------|----------|---------|
| 04:32:24 | Perez 7477, Dora | Treatment- **BLS Assessment |
| | | **Success:** Yes |
| | | **Response:** Unchanged  **Complication:** None  **Authorization Type:** Protocol |
| | | **Level:** BLS |

## Supply

### Qty  Supply

### ECG Device Incident Number:

### PowerFields:

| PowerField | Value |
|------------|-------|
| **Scene - - Does this patient meet Treat in Place or Alternate Destination criteria? - Please document why Treat in Place criteria is not met** | Call occurred outside of Telehealth Operating Hours |

### Narrative History Text:

Unit 11G1 responded emergently to a INJURY - INJURY - Non-Critical Injury at 200 W 125 ST for a/an INJURY - INJURY - Non-Critical Injury.

Upon arrival, a 34-year-old male patient was found standing and holding a brown bag. The scene was calm. The patient was alert and oriented to person, place, and time. He reported that he got into a fight earlier in the day and threw his shoulder out, resulting in a strain.

Primary assessment revealed the patient's airway was clear and patent, and he was breathing adequately. Distal pulses were strong and regular. The patient's Glasgow Coma Scale (GCS) was 15.

Vital signs were taken, including blood pressure, heart rate, respiratory rate, and oxygen saturation. The patient exhibited minor swelling on the left shoulder upon palpation there was pain.An ice pack was applied to the affected area to help reduce swelling and discomfort.

The patient was secured on the stretcher and transported without delay to hospital number 20. During transport, the patient's status remained stable.

Upon arrival, the patient was registered, and care was handed over to the emergency department staff. Signatures were obtained, and care was successfully transferred. No further incidents occurred.

**Auth Signature:** No  **Privacy Sig:** No  **Unable to Sign:** No  **Refused to Sign:** Yes

### Signature Image(s):

Authorization Signature

Privacy Notice Signature

Receiving Agent / RN / MD Signature - RN.waitzman - 05/01/2025 05:24

Technician Signature - Banton 7781, Sherrod  EMT - 05/01/2025 05:23

I hereby attest that the ePCR accurately reflects signatures/notations that I made in my capacity as the treating EMT\Paramedic if and when I treated and/or transported any patient referenced on this Electronic Patient Care Report. I do hereby attest that this information is true, accurate and complete to the best of my knowledge and I understand that any falsification, omission, or concealment of material fact may subject me to administrative, civil, or criminal liability.

---

**Recommended Service Level: BLS  / Dispatch Service Level: BLS**

# Prehospital Care Report Summary

**Date:**05/01/2025  **Call #:** 0621  **Booklet:**111319465



# <u>Exhibit B</u>

## "Prehospital summary care report of May 1,2025 Incident, 2nd Visit"

*Establishes that the Plaintiff was transported to Mount Sinai Hospital twice on the day of the incident

*This document proves the plaintiff arrived at the hospital around 8:30 to 9 am seeking treatment for his injuries from hospital security and the shoulder pain he previously complained about during the first visit



# Prehospital Care Report Summary
## FDNY

9 MetroTech Center; 7th Floor; Brooklyn, NY 11201

**Date:**05/01/2025 **Call #:**1218  **Booklet:**91261217 **Branch:** STA10   **Time Zone:**GMT-05:00 Eastern

---

**Call Information:**

**Billing Disposition:**  Treated/Transported (10-82)
**Unit Disposition:**  Patient Contact Made
**Patient Evaluation/Care Disposition:**  *10-82 | Treated/Transported
**Crew Disposition:**  *10-82 | Treated/Transported
**Transport Disposition:**  *10-82 | Treated/Transported
**Initial Patient Acuity:**  Stable
**Unit #:**        12D2 - 12D Tour 2, Ground-Ambulance - BLS   **Trip Type:**  Initial Trip
**Run Type to Scene:**  Emergency Response (Primary Response Area)  Emergent (Immediate Response)

**Service Requested:**  Emergency Response (Primary Response Area)
**Incident Facility:**
**Incident Location:**   W 121 ST/AMSTERDAM AVE - Manhattan, NY 10027 (New York County)
**Incident Location Type:**  Street/Hwy

**Receiving Facility:**  20 - Mount Sinai Morningside (Hospital) - 1111 Amsterdam Avenue - NY, NY 10025
**Facility Address:**   1111 Amsterdam Avenue - NY, NY 10025
**Registration #**      N/A
**Destination Type:**   Hospital Emergency Department
**Dest. Reason:**       Nearest/Most Accessible Facility
**Hospital Capability:** Hospital (General)
**Condition of Patient At Destination:**  Improved

**Loaded Mileage:**   0.5 (Total Mileage: 0.5)
**Crew Members:**    Robert Giacoia #5407, EMT Basic*(DS)(DH)*; Kasanndra Cruz #1659, EMT Basic*(DOC)*

**Moved to Amb By:**  Walked With Assist  **Transport Position:** Sitting  **From Amb By:** Walked With Assist
**Factors Affecting Service Delivery:**
**Dispatch Delay:**  None/No Delay
**Response Delay:**  None/No Delay
**Scene Delay:**  None/No Delay
**Transport Delay:**  None/No Delay
**Turn-Around Delay:**  None/No Delay
**Emergency Treat, Triage, and Transport:**
  **Does this patient meet Treat in Place or Alternate Destination criteria?** Unknown

**Call Origin:** N/A      **Lights/Siren:**  Scene - Lights and Sirens, Destination - No Lights and Sirens

| | | |
|---|---|---|
| **# Patients Transported** | | |
| In My Unit: | | 1 |
| **# Patients at Scene:** | | 1 |
| | | |
| **Call Received:** | | 08:26:11 |
| **Dispatched:** | | 08:26:53 |
| **En Route:** | | 08:28:12 |
| **At Staging Area:** | | |
| **On Scene:** | | 08:32:22 |
| **Patient Contact:** | | 08:34:00 |
| **Transfer of EMS Patient Care:** | | |
| **Left Scene:** | | 08:48:17 |
| **At Destination Landing:** | | |
| **At Destination:** | | 08:56:22 |
| **Destination Patient Transfer of Care:** | | 08:59:11 |
| **In Service:** | | 09:10:17 |
| **Home Location:** | | |
| | | |
| **Time On Scene:** | | 16 Min |
| **Time to Destination:** | | 30 Min |
| **Total Time of Run:** | | 43 Min |

---

**Patient Information:**

**Name:**       ROBERT D LURCH
**Address:**     HOMELESS - Manhattan, NY 10018
**County:** New York
**Phone:**
**Email:**
**SSN:**        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
**Driver License:**  305177752

**DOB:**  11/28/1990
**Gender:** Male
**Age:**  34 Years
**Weight:** 175.0 lbs,  79.4 kg
**Broselow:**

**Current Meds:** None Reported
**Env Allergies:** NKA
**Med Allergies:** HALDOL (HALOPERIDOL)
**Patient Physician:**
**Advance Directives:**
**Recent Exposure to Infectious Disease:** Unknown
**PMH:**    Psychiatric Problems, None, Other
**Comment:**    **Psychiatric Problems:** Bi-Polar  **Other:** hernia
**Patient Physical Limitations:**

**Comments:**
**Comments:**
**Comments:**

Comment:

**Payer Information:**

| | |
|---|---|
| Work Related: No | |

**Priority:** Primary **Name:** Medicare or Medicaid     **Type:** Medicaid     **Policy #:** us80170q     **Group #:** 60048688273
80170039
**Policy Holder:** , , Apt ,          **Phone:**          **DOB:**
**Relationship of Patient to Insured:** Self

**Priority:**        **Name:** Medicare or Medicaid     **Type:**     **Policy #:**     **Group #:**
**Policy Holder:** , , Apt ,          **Phone:**          **DOB:**
**Relationship of Patient to Insured:** Self

**Priority:**        **Name:** Medicare or Medicaid     **Type:** Medicaid     **Policy #:** WE23589Z     **Group #:**
**Policy Holder:** , , Apt ,          **Phone:**          **DOB:**
**Relationship of Patient to Insured:** Self

---

**Clinical:**

**Onset Date/Time:** 05/01/25  08:00:00
**Dispatch Reason (EMD):**  INJMAJ   INJMAJ - Major Injury
**Medical Need:**

**Chief Complaint (Primary):** "I NEED MEDICAL ATTENTION"  **Duration:** 10  Minutes
**Anatomic Location:**  General/Global
**Provider Impression:**  Unknown Medical
**Was this event weather related?:**  No
**Mechanism of Injury:**
**Alcohol/Drug Use Indicators:**  None Reported
**Protocol 1:**                                  **Protocol 2:**

---

**Assessments:**

| Time | Employee | Type | Summary |
|---|---|---|---|
| 08:34:00 | Cruz #1659, Kasanndra | ABC | **Airway:** <br> **General:** Patent: Yes <br> **Breathing:** <br> **Rate:** Normal: Yes <br> **Quality:** Unlabored: Yes <br> **Lung Sounds: Left:** Clear: Yes <br> **Lung Sounds: Right:** Clear: Yes <br> **Circulation:** <br> **General:** Normal: Yes <br> **Skin Capillary Refill:** Normal <br> **Skin Color:** Normal: Yes <br> **Skin Temperature:** Normal: Yes <br> **Skin Condition:** Normal: Yes |
| 08:35:00 | Cruz #1659, Kasanndra | Neurological | **AVPU:** Alert <br> **Mental Status:** Normal: Yes <br> **Neurological:** All Neuro: Normal |
| 08:38:00 | Cruz #1659, Kasanndra | Head To Toe | **Head and Neck:** <br> **Head:** Normal: Yes <br> **Left Eye:** PERRL: Yes <br> **Right Eye:** PERRL: Yes <br> **Neck:** Normal: Yes <br> **Chest and Back** <br> **Cervical:** Normal: Yes <br> **Thoracic:** Normal: Yes <br> **Lumbar/Sacral:** Normal: Yes <br> **Abdomen and Pelvis** <br> **LUQ Abdomen:** Normal: Yes <br> **RUQ Abdomen:** Normal: Yes <br> **LLQ Abdomen:** Normal: Yes <br> **RLQ Abdomen:** Normal: Yes |

**Pelvis:** Normal: Yes
**GI:** Normal: Yes
**Arms and Legs**
**Left Arm:** Normal: Yes
**Right Arm:** Normal: Yes
**Left Leg:** Normal: Yes
**Right Leg:** Normal: Yes

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 08:36:00 | Cruz #1659, Kasanndra | **BP:** 116/ 82 **MAP:** 93 **Pulse:** 82 **Resp:** 16 **Effort:** Normal **SPO2:** 100 **Glasgow Coma Score:** E (4) + V (5) + M (6) = **15** **Method of Blood Pressure Measurement:** Cuff - Manual Auscultated **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |
| 08:46:00 | Cruz #1659, Kasanndra | **BP:** 114/ 80 **MAP:** 91 **Pulse:** 86 **Resp:** 14 **Effort:** Normal **SPO2:** 100 **Glasgow Coma Score:** E (4) + V (5) + M (6) = **15** **RTS:** 12 **Method of Blood Pressure Measurement:** Cuff - Manual Auscultated **Pulse Measurement Method:** Electronic Monitor - Pulse Oximeter |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 08:37:00 | Cruz #1659, Kasanndra | Treatment- 1 - BLS Assessment **Attempts:** 1 **Success:** Yes **Response:** Improved **Complication:** None **Authorization Type:** Protocol **Level:** BLS |

## Supply

**Qty  Supply**

## ECG Device Incident Number:

## PowerFields:

| PowerField | Value |
|---|---|
| CC / PI / MOI - Provider Impression - Primary Impression - Did call type match presenting problem? | No |

## Narrative History Text:

34 YO M calls 911 for shoulder pain.
Pt speaks with patent airway,speaking in full sentences with full equal chest rise, warm dry unremarkable skin, reactive pupils..

Pt, a+ox3 walks over to unit and sts he had got into a fight last night and has shoulder pain.
He tells crew he was in the hospital 4 AM after calling 911 for the same pain and didn't receive the treatment he was looking for.

Assessment RE no visible injuries to sight of left shoulder as CC. Pt has full ROM in his extrem with + PMS
Pt is ambulatory on scene with a steady gait
Pt -head neck or back pain -LOC -nausea -dizziness -vomit
Pt has psychiatric hx with UNK medications.
Pt has no other complaints of injury pr deformities.
Pt admits to having alcohol last night unspecified amount.

Pt transported to H20 with no complications.

**Auth Signature:** Yes  **Privacy Sig:** No  **Unable to Sign:** No  **Refused to Sign:** No

## Signature Image(s):

Authorization Signature - ROBERT LURCH - 05/01/2025 08:44
PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM: I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be

Privacy Notice Signature

medically unnecessary. I hereby authorize, for myself or my dependent(s), now and the
future, the release of medical and other information for the purposes specified, including
treatment and billing. I further authorize and assign payment of Medicare and any other
authorized benefits to the NYC Fire Department.

Receiving Agent / RN / MD Signature - BONILA RN - 05/01/2025 08:59

Technician Signature - Cruz #1659, Kasanndra  EMT Basic - 05/01/2025 09:08



****"RN" or "Nurse" is an UNACCEPTABLE entry. Crew members MUST document the
RN or Nurse's FULL NAME***

# <u>Exhibit C</u>
## "Medical records of May 1,2025 Incident, 1st Visit"

**\*Establishes the time plaintiff arrived 5:18 am**

**\*Exhibits plaintiff arrived at the hotel complaining about shoulder pain and a headache**

**\*Documents false information in the Ed provider notes(Kaitlyn,Votta notes) that the plaintiff did not inform the doctor why he arrived in the middle of the night,To the contrary,the plaintiff did inform the doctor he was entertaining a female friend from Syracuse and decided to get my arm checked out before returning home  because multiple incidents occurred reinjuring the same arm**

\*Demonstrates that the plaintiff wasn't under the influence of alcohol or drugs on the day of the incident

\*Lightly speaks about the plaintiff refusing to sign discharge papers(which is a false) and it mentions security will discharge(Which was when the plaintiff got assaulted)

\*Also,documents events that contradict each other, it states the patient is sleeping but then documents the plaintiff is refusing to speak with a RN and is refusing meds,which one is it(How can you refuse anything if your sleep)?

\*Last but not least,it shows that the plaintiff was discharged from the hospital at 7:09 am



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

## Patient Demographics

| Patient Name | HAR | Legal Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Lurch, Robert Derek Jr. | 200006322 89 | Male | 11/28/1990 | 1530 BEACH AVE BRONX NY 10460-6319 | 329-208-8993 (Home) *Preferred* 329-208-8993 (Mobile) |

## Patient Ethnicity & Race

| Ethnic Background | Patient Race |
|---|---|
| NON-HISPANIC [1] | BLACK OR AFRICAN-AMERICAN [96] |

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | 05/01/2025 0518 | Admit Date/Time: | 05/01/2025 0524 | IP Adm. Date/Time: |
| Admission Type: | Emergency Department | Point of Origin: | Non-healthcare Facility | Admit Category: |
| Means of Arrival: | Ambulance (Non-911/private) | Primary Service: | Emergency Medicine | Secondary Service: N/A |
| Transfer Source: | | Service Area: | MOUNT SINAI HEALTH SYSTEM | Unit: Mount Sinai Morningside Emergency Department |
| Admit Provider: | | Attending Provider: | Kaitlyn Votta, MD | Referring Provider: |

## Patient Visit Locations

Mount Sinai Morningside

## Encounter Record Closed

| Encounter Record Closed Date | Encounter Record Closed Time | Disposition | Destination | Unit |
|---|---|---|---|---|
| May 1, 2025 | 7:09 AM | Home [9] | Home [1] | EMERGENCY DEPT MORNINGSIDE [8502025] |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.511 [Principal] | Pain in right shoulder | | | | |
| M25.512 | Pain in left shoulder | | | | |
| R51.9 | Headache, unspecified | | | | |

## Initial Time Seen by ED Provider

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 05/01/25 0525 | Provider | BUDOVICH, MIKHAIL | -- |

## ED Event Log

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 05/01/25 0518 | Patient arrived in ED | HIRALALL, ANDREA | -- |
| 05/01/25 0631 | Patient transferred | ABOZEID, YASSMIN | From room Exam 52 to room Discharge |
| 05/01/25 0631 | Patient Departure | ABOZEID, YASSMIN | -- |
| 05/01/25 0631 | Patient Departure | ABOZEID, YASSMIN | -- |

## Allergies as of 5/1/2025

Reviewed by Teferi Tadesse, RN on 5/1/2025

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Haloperidol Lactate | 07/12/2019 | | Unknown |

## Medical as of 5/1/2025

Past Medical History: None
Pertinent Negatives: None

## Surgical as of 5/1/2025

None

## Family as of 5/1/2025

None



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

## Tobacco Use as of 5/1/2025

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never Assessed | — | — | — | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Unknown | — | — | | |
| Source | | | | |
| — | | | | |

## Alcohol Use as of 5/1/2025

None

## Drug Use as of 5/1/2025

None

## Sexual Activity as of 5/1/2025

None

## ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 5/1/2025 05:18 | Urgent (3) | Ambulance (non-911/Private) | Self | Emergency Medicine | Emergency Department |

Arrival complaint
Arm pain

## Admission Source

Non-Healthcare Facility [27]

## Arrival Ambulance Company

| Ambulance |
|---|
| Mount Sinai [14] |

## Chief Complaint

| User | Date & Time | Chief Complaint |
|---|---|---|
| Kristen Waitzman, RN | 05/01/2025 05:21 AM | Arm Pain |

## Clinical Impression

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Acute pain of right shoulder | | Mikhail Budovich, MD | 5/1/2025  5:44 AM |

## Prior to Admission Medication

**Prior to Admission medications have not yet been reviewed for this encounter**

## ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| Discharge | Stable | Mikhail Budovich, MD | Thu May 1, 2025 5:45 AM | Nursing Home?: No Diagnosis: Acute pain of right shoulder [1117279] |

## Follow Up Instructions

No data filed

### ED Triage Notes

## ED Triage/Intake by Kristen Waitzman, RN at 05/01/25 0521



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

### ED Triage Notes (continued)

#### ED Triage/Intake by Kristen Waitzman, RN at 05/01/25 0521 (continued)

| | | |
|---|---|---|
| Author: Kristen Waitzman, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 05/01/25 0522 | Date of Service: 05/01/25 0521 | Creation Time: 05/01/25 0521 |
| Status: Signed | Editor: Kristen Waitzman, RN (Registered Nurse) | |

Pt bibems with L. Arm pain after having a fight today reported by EMS. Pt reports no drugs or etoh, but is drowsy in triage, aaox3. PERRLA.[KW.1]

Signed by Kristen Waitzman, RN on 05/01/25 0522
**Attribution Key**
KW.1 - Kristen Waitzman, RN on 05/01/25 0521

#### ED Triage/Intake by Kristen Waitzman, RN at 05/01/25 0522

| | | |
|---|---|---|
| Author: Kristen Waitzman, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 05/01/25 0522 | Date of Service: 05/01/25 0522 | Creation Time: 05/01/25 0522 |
| Status: Signed | Editor: Kristen Waitzman, RN (Registered Nurse) | |

FS 101 in triage.[KW.1]

Signed by Kristen Waitzman, RN on 05/01/25 0522
**Attribution Key**
KW.1 - Kristen Waitzman, RN on 05/01/25 0522

---

### ED Disposition Decision Notes
No notes of this type exist for this encounter.

---

### ED Provider notes

#### ED Provider Notes by Kaitlyn Votta, MD at 05/01/25 0544

| | | |
|---|---|---|
| Author: Kaitlyn Votta, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 05/01/25 0548 | Date of Service: 05/01/25 0544 | Creation Time: 05/01/25 0544 |
| Status: Signed | Editor: Kaitlyn Votta, MD (Physician) | |

#### Past Medical History
No past medical history on file.
No past surgical history on file.
Social History

**Sexual Orientation/Gender Identity**

Allergies
**Allergies**

| Allergen | Reactions |
|---|---|
| • Haloperidol Lactate | Unknown[KV.1] |

#### History of Present Illness
Patient is a 34yoM denies PMH; who is presenting with R shoulder pain after getting in a fight a few days ago. Denies any

---



MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

**ED Provider notes (continued)**

ED Provider Notes by Kaitlyn Votta, MD at 05/01/25 0544 (continued)

other trauma including headstrike or LOC. Will not answer why he arrived in the middle of the night, minimally cooperative during interview. Denies drug or alcohol use, sleeping in stretcher and volitionally keeping eyes closed during interview. No TTP anywhere, and full ROM of all extremities, ambulating with steady gait.

## Review of Systems
Review of Systems

## Physical Exam
BP 136/70 | Pulse 67 | Temp 36.6 °C (97.8 °F) (Oral) | Resp 14 | SpO2 97%

Physical Exam <u>Constitutional</u>:
   General: He is not in acute distress.
   Appearance: He is well-developed.
   Comments: **Sleeping in stretcher**
<u>HENT</u>:
   Head: Normocephalic and atraumatic.
<u>Eyes</u>:
   Pupils: Pupils are equal, round, and reactive to light.
<u>Cardiovascular</u>:
   Rate and Rhythm: Normal rate.
<u>Pulmonary</u>:
   Effort: Pulmonary effort is normal. No respiratory distress.
<u>Abdominal</u>:
   General: There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness. There is no guarding.
<u>Musculoskeletal</u>:
   General: No swelling, tenderness or deformity. Normal range of motion.
   Cervical back: Normal range of motion.
<u>Skin</u>:
   General: Skin is warm and dry.
<u>Neurological</u>:
   General: No focal deficit present.
   Motor: No weakness.
   Gait: Gait normal.

## Assessment/Plan/MDM
MS ED MDM 2023:
Problems Addressed:
   **Primary Problem:  R shoulder pain**
   **Assessment and Plan:**  Presentation not concerning for fracture given no TTP, no deformity, and full ROM. No concern for other injuries. Plan for pain control and discharge with PCP follow up.
Data Reviewed:
   **Ordered tests and reviewed test results**
Risk of Patient Management:
   Treatment:  **Diagnosis or treatment significantly limited by social determinants of health**



**Mount Sinai**

MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

### ED Provider notes (continued)

ED Provider Notes by Kaitlyn Votta, MD at 05/01/25 0544 (continued)

## Updates
Updates

## PGY3
PGY-3

## Attending/Attestation
ED ATTESTATION:
Resident:
 I was physically present, saw, evaluated, and participated in the management of the patient, confirming the patient history, ROS, PMH/FH/SH and PE as documented by the resident.

 Attending: See above note.

Signed by Kaitlyn Votta, MD on 05/01/25 0548
**Attribution Key**
  KV.1 - Kaitlyn Votta, MD on 05/01/25 0544

---

### ED Nursing Notes

ED Notes by Yassmin Abozeid, RN at 05/01/25 0554

| | | |
|---|---|---|
| Author: Yassmin Abozeid, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 05/01/25 0555 | Date of Service: 05/01/25 0554 | Creation Time: 05/01/25 0554 |
| Status: Signed | Editor: Yassmin Abozeid, RN (Registered Nurse) | |

Pt sleeping in stretcher, refused PO meds, not answering questions to RN. Pt refused to sign d/c papers, will security d/c.[YA.1]

Signed by Yassmin Abozeid, RN on 05/01/25 0555
**Attribution Key**
  YA.1 - Yassmin Abozeid, RN on 05/01/25 0554

---



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

## ED Nursing Notes (continued)

### ED Notes by Yassmin Abozeid, RN at 05/01/25 0554 (continued)

### ED Course

There is no data filed.

### Order Reconciliation History

**Admission Reconciliation started on Thu May 1, 2025  5:18 AM**

- Previous admission reconciliation generated by Andrea Hiralall on Thu May 1, 2025  5:18 AM
- Admission FAM list generated by Andrea Hiralall on Thu May 1, 2025  5:18 AM
- Admission med list generated by Andrea Hiralall on Thu May 1, 2025  5:18 AM

**Discharge Reconciliation started on Thu May 1, 2025  5:18 AM**

- No recent actions

**Discharge Readmit Reconciliation started on Thu May 1, 2025  7:10 AM**

- No recent actions

---

## Discharge Medications

as of May 1, 2025  5:49 AM

You have not been prescribed any medications.

---

## After Visit Summary

### After Visit Summary printed by Yassmin Abozeid, RN on 5/1/2025  5:49 AM

ED AVS (below)

---



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

After Visit Summary (continued)

---

# AFTER VISIT SUMMARY

**Robert Lurch** MRN: 936349          📅 5/1/2025   📍 Mount Sinai Morningside Emergency Department 212-636-3375

## Instructions

As we discussed, you are being discharged from the Emergency Department because we feel it is safe for you to leave the hospital. Your condition may change. If you develop any new or worsening symptoms, or the symptoms you still have persist for longer than we discussed, you should return to the Emergency Department immediately. Just because we discharged you does not mean there is no problem or that you should not come back if you are concerned. It is also important that you follow-up with your primary care doctor, or any specialty clinic appointments we have recommended or facilitated for you, as soon as possible.  If possible, please get rechecked by a doctor within 48 hours.

Please take medication as instructed.

Please call 911 or come back to ED if your symptoms worsen or any new symptoms arise

## Today's Visit

You were seen by Kaitlyn Votta, MD and Mikhail Budovich, MD

**Reason for Visit**
Arm Pain

**Diagnosis**
Acute pain of right shoulder

⚕ **Medications Given**
acetaminophen (TYLENOL) Last given at 5:49 AM

## What's Next

You currently have no upcoming appointments scheduled.

## MyMountSinai Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.mountsinai.org/mychart/, click "Sign Up Now", and enter your personal activation code: 4VB7J-W7NQ2-SB2XG. Activation code expires 6/15/2025.

**Thank you for choosing the Emergency Department at Mount Sinai Morningside. We hope your needs were met during your visit.**

**Please consider enrolling for Mount Sinai MyChart for more information about your visit.**

Robert Lurch (MRN: 936349) • Printed at 5/1/2025 5:49 AM                    Page 1 of 6  **Epic**

# <u>Exhibit D</u>

## "Dicharge Instructions from Mount Sinai
## from May 1,2025 Incident,
## 1st Visit"

*Even though the plaintiff was admitted to the hospital,assigned a bed,and told to wait for x-rays

*The plaintiff was later discharged an hour and a half later without x-rays or being prescribed any pain medication for his injuries, being left untreated



**Mount Sinai**

MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

**Education (continued)**

We want to follow this plan and your wishes for care while you are in the hospital.

Learner Progress:    Not documented in this visit.

**Point: Pain Assessment Process (Not Started)**

Description:
Determine the patient's preferred pain scale and discuss planned reassessment schedule.
It is important that pain is managed, so that the patient can be an active participant in the treatment and therapy needed for their recovery.

Inform the patient and family that managing pain is a partnership. It is important to speak up if pain is not well-controlled.

Patient Friendly Description: Comfort is important so that activity that helps health and healing can be performed.
You will be asked often about pain. Where is it? How bad is it?

We will work with you to manage pain.

Speak up when you are having pain.

Do not wait until pain is bad to ask for help.

Learner Progress:    Not documented in this visit.

**Point: Oral Health (Not Started)**

Description:
Oral hygiene at least twice a day is an important part of staying healthy.
Dental disease that is not treated can lead to serious health problems. Illness and infection can spread to other parts of the body.

Encourage the patient and family to schedule and keep regular dental visits as appropriate.

Patient Friendly Description: Cleaning your mouth and teeth at least twice a day is an important part of staying healthy.
Not taking care of your mouth and teeth can lead to health problems.

Germs in your mouth can spread to other parts of the body.

Schedule and keep regular dental visits as recommended.

Learner Progress:    Not documented in this visit.

---

**Discharge Instructions**                                          Lurch, Robert Derek Jr. (MRN 936349)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 05/01/25 0545 | Updated | Mikhail Budovich, MD | Resident | Original |
| Note: | | | | |

As we discussed, you are being discharged from the Emergency Department because we feel it is safe for you to leave the hospital. Your condition may change. If you develop any new or worsening symptoms, or the symptoms you still have persist for longer than we discussed, you should return to the Emergency Department immediately. Just because we discharged you does not mean there is no problem or that you should not come back if you are concerned. It is also important that you follow-up with your primary care doctor, or any specialty clinic appointments we have recommended or facilitated for you, as soon as possible.  If possible, please get rechecked by a doctor within 48 hours.

Please take medication as instructed.

Please call 911 or come back to ED if your symptoms worsen or any new symptoms arise

---

# <u>Exhibit E</u>
**"After visit summary from Mount Sinai from May 1,2025 Incident, 2nd Visit"**

**\*Establishes the plaintiff was treated for joint pain and shoulder pain during the second visit**

**and**

**\*Plaintiff was prescribed two different medications to combat his condition**



MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

**After Visit Summary (continued)**

---

# AFTER VISIT SUMMARY

**Robert Lurch** MRN: 936349     📅 5/1/2025   📍 Mount Sinai Morningside Emergency Department 212-636-3775

## Instructions

Please follow up with your primary physician. If you develop any worsening or new symptoms please return to the emergency department. If necessary, take your prescribed medications as per instructions provided.

 **Your medications have changed**

😊 START taking:
  **acetaminophen (Tylenol)**
  **diclofenac (VOLTAREN)**

  **Review your updated medication list below.**

 **Read the attached information**
1. JOINT PAIN (ENGLISH)
2. SHOULDER PAIN (ENGLISH)

 **Pick up these medications at Town Drug Lerin - New York, NY - 501 West 113th Street**
acetaminophen • diclofenac

Address: 501 West 113th Street, New York NY 10025
Phone:   212-678-0636

 **Referral to Orthopedics**
Where: 440 W 114 ORTHO CLINIC
Address: 440 WEST 114TH STREET 2ND FLOOR, SUITE 260 New York NY 10025-1796
Phone: 212-523-4410
Expires: 5/1/2026 (requested)

## Today's Visit

You were seen by Robert Hoke, MD and Barnes Werner, MD

**Reason for Visit**
Shoulder Pain

**Diagnoses**
• Arthralgia of shoulder, unspecified laterality
• Loose body in shoulder joint, unspecified laterality

💊 Medications Given
  acetaminophen (TYLENOL) Last given at 12:04 PM
  Ibuprofen (Advil,MOTRIN) Last given at 12:04 PM
  Lidocaine Last given at 12:04 PM

## What's Next

You currently have no upcoming appointments scheduled.

**Thank you for choosing the Emergency Department at Mount Sinai Morningside. We hope your needs were met during your visit.**

**Please consider enrolling for Mount Sinai MyChart for more information about your visit.**

## MyMountSinai Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.mountsinai.org/mychart/, click "Sign Up Now", and enter your personal activation code: 4VB7J-W7NQ2-SB2XG. Activation code expires 6/15/2025.

Robert Lurch (MRN: 936349) • Printed at 5/1/2025 12:44 PM          Page 1 of 11   *Epic*



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

**After Visit Summary (continued)**

Radiology Results (continued)
COMPARISON: None

Immunizations Administered on Date of Encounter - 5/1/2025
No immunizations on file.

# Changes to Your Medication List

## START taking these medications


START

**acetaminophen** 325 mg tablet
Commonly known as: TylenoL

Take 2 tablets by mouth every 4 hours as needed for up to 10 days.


START

**diclofenac** 75 mg tablet,delayed release (DR/EC)
Commonly known as: VOLTAREN

Take 1 tablet by mouth in the morning and 1 tablet in the evening.

PatientPass Education

# Exhibit F

## "Discharge Papers from Mount Sinai
## from May 1,2025 Incident,
## 1st Visit"

**\*Documents the plaintiff refused to sign the discharge papers(However,this event never occurred and the plaintiff was never asked)**



**Mount Sinai**

MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

Encounter-Level Documents: (continued)

Mount Sinai Morningside Emergency Department
1111 Amsterdam Ave
New York NY 10025-1716
Phone: 212-636-3375
Fax: 212-523-4956

**Robert Lurch**
MRN: 936349

Department: Mount Sinai Morningside
Emergency Department
Date of Visit: 5/1/2025

---

**Clinical Impressions this visit:**

1. ACUTE PAIN OF RIGHT SHOULDER

You were seen by: Kaitlyn Votta, MD

**Patient Follow-Up Information**

No data filed

**General Information**

**Patient Attestation:**

I have discussed my test results with my provider, and have received the relevant test results in my discharge summary. I have received my Discharge Instructions, I understand the plan for follow-up and whom to contact in an emergency. I have had an opportunity to ask questions, and have had my questions answered.

**Testimonio del paciente:**

He hablado de mis resultados con mi proveedor y he recibido los resultados de las pruebas pertinentes en mi informe de alta. He recibido mis instrucciones para el alta, entiendo el plan de seguimiento y a quién contactar en caso de emergencia. He tenido la oportunidad de hacer preguntas, y se han respondido mis preguntas.

Patient Signature: _____ *Refused to* _____ Date: _____

Or Family Signature if Required: _____ *Sign* _____ Date: _____

Firma del Paciente: _____ Fecha: _____

O Firma del Miembro
de la Familia (si es necesario): _____ Fecha: _____

---

# <u>Exhibit G</u>

## "Discharge Papers from Mount Sinai
## from May 1,2025 Incident,
## 2nd Visit"

**\*Illustrates that after the plaintiff second visit to the hospital and after treatment was administered,the plaintiff signed the discharge papers to leave the hospital**



**MOUNT SINAI MORNINGSIDE**
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

**Encounter-Level Documents: (continued)**

Mount Sinai Morningside Emergency Department
1111 Amsterdam Ave
New York NY 10025-1716
Phone: 212-636-3375
Fax: 212-523-4956

Robert Lurch
MRN: 936349

Department: Mount Sinai Morningside
Emergency Department
Date of Visit: 5/1/2025

**Clinical Impressions this visit:**
1. ARTHRALGIA OF SHOULDER, UNSPECIFIED LATERALITY
2. LOOSE BODY IN SHOULDER JOINT, UNSPECIFIED LATERALITY

You were seen by: Robert Hoke, MD, Barnes Werner, MD

**Patient Follow-Up Information**
No data filed

**General Information**
Patient Attestation:

I have discussed my test results with my provider, and have received the relevant test results in my
discharge summary. I have received my Discharge Instructions, I understand the plan for follow-up and
whom to contact in an emergency. I have had an opportunity to ask questions, and have had my questions
answered.

Testimonio del paciente:

He hablado de mis resultados con mi proveedor y he recibido los resultados de las pruebas pertinentes en
mi informe de alta. He recibido mis instrucciones para el alta, entiendo el plan de seguimiento y a quién
contactar en caso de emergencia. He tenido la oportunidad de hacer preguntas, y se han respondido mis
preguntas.

Patient Signature: _____    Date: _____

Or Family Signature if Required: _____    Date: _____

Firma del Paciente: _____    Fecha: _____

O Firma del Miembro
de la Familia (si es necesario): _____    Fecha: _____

# <u>Exhibit H</u>

## "Medical records from Mount Sinai Hospital from May 1,2025 Incident, 2nd Visit"

*Illustrates that the plaintiff reported to the nurse or doctor that he spoke with that he was assaulted by Mount Sinai hospital security during his first visit to the hospital(Pt. Reports he was dragged by security)

*Documents false information that the plaintiff denied having any other injury other than experiencing shoulder pain,Which is a lie.The plaintiff informed hospital staff during the second visit that his head was bruised up from the assault by security resulting in contusions and the assault exacerbated my already injured shoulder that i was initially complaining about.Also, I informed them that multiple

dreadlocks was violently pulled from my scalp after i was unlawfully handcuffed


*States that the plaintiff reported alcohol and marijuana use,which is false(never reported this information)

*Also,show the plaintiff went to the hospital a second time for the same chief complaint,shoulder pain



**Mount Sinai**

MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

---

### ED Triage Notes (continued)

#### ED Triage/Intake by Teferi Tadesse, RN at 05/01/25 0856

| Author: Teferi Tadesse, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 05/01/25 0906 | Date of Service: 05/01/25 0856 | Creation Time: 05/01/25 0856 |
| Status: Signed | Editor: Teferi Tadesse, RN (Registered Nurse) | |

Pt BIBA complaining of L shoulder pain and headache. Pt reports "punching someone too hard" 5 days ago. Pt d/c from this ER this AM. Pt reports he was "dragged out by security" and his headache started. Reports etoh and marijuana use last night. Pt is ao x3, steady gait.[TT.1]

Signed by Teferi Tadesse, RN on 05/01/25 0906
**Attribution Key**

TT.1 - Teferi Tadesse, RN on 05/01/25 0856

---

### ED Disposition Decision Notes

No notes of this type exist for this encounter.

---

### ED Provider notes

#### ED Provider Notes by Robert Hoke, MD at 05/01/25 1432

| Author: Robert Hoke, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 05/03/25 2015 | Date of Service: 05/01/25 1432 | Creation Time: 05/01/25 1716 |
| Status: Addendum | Editor: Robert Hoke, MD (Physician) | |

## Past Medical History
No past medical history on file.
No past surgical history on file.
Social History

**Sexual Orientation/Gender Identity**

Allergies
**Allergies**

| Allergen | Reactions |
|---|---|
| • Haloperidol Lactate | Unknown |

## History of Present Illness
Robert Lurch is a 34 y.o. male no pmhx presenting for pain in the L shoulder. Patient states symptoms started 5 days ago after he punched someone with his L arm. Since then patient has had persistent pain/soreness in L shoulder. Denies any further injuries. No numbness or tingling. Did not hit his head and no LOC. Pain does not radiate. Worse with movement. Did not take any medication for current symptoms.

## Review of Systems
Review of Systems

## Physical Exam

---



**Mount Sinai**

MOUNT SINAI MORNINGSIDE
1111 Amsterdam Avenue
New York NY 10025-1716
Entire Chart

Lurch, Robert Derek Jr.
MRN: 936349, DOB: 11/28/1990, Legal Sex: M
Acct #: 20000632289
Adm: 5/1/2025, D/C: 5/1/2025

## Tobacco Use as of 5/1/2025

| Smoking Status | Smoking Start Date | Quit Date | Current Packs/Day | Average Packs/Day |
|---|---|---|---|---|
| Never Assessed | — | — | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | | |
| Unknown | | | | |
| Source | | | | |
| — | | | | |

## Alcohol Use as of 5/1/2025

None

## Drug Use as of 5/1/2025

None

## Sexual Activity as of 5/1/2025

None

## ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 5/1/2025 08:53 | Urgent (3) | Ambulance (non-911/Private) | Self | Emergency Medicine | Emergency Department |

Arrival complaint
Shoulder Pain

## Admission Source

Non-Healthcare Facility [27]

## Arrival Ambulance Company

| Ambulance |
|---|
| FDNY [6] |

## Chief Complaint

| User | Date & Time | Chief Complaint |
|---|---|---|
| Teferi Tadesse, RN | 05/01/2025 08:55 AM | Shoulder Pain |

## Clinical Impression

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Arthralgia of shoulder, unspecified laterality | | Robert Hoke, MD | 5/1/2025 12:18 PM |
| Loose body in shoulder joint, unspecified laterality | | Robert Hoke, MD | 5/1/2025 12:16 PM |

## Prior to Admission Medication

**Prior to Admission medications have not yet been reviewed for this encounter**

## ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| Discharge | Good | Robert Hoke, MD | Thu May 1, 2025 12:19 PM | Nursing Home?: No<br>Diagnosis: Arthralgia of shoulder, unspecified laterality [830800] |

## Follow Up Instructions

No data filed

**ED Triage Notes**