UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.

                Plaintiff,          25-cv-6860 (JGK)

      - against -              ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a motion to amend the case caption to substitute Mikhail Budovich for "Jane Doe MD" as a defendant in this case. ECF No. 9. The motion is **granted**. See Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). The Clerk is respectfully requested to amend the case caption accordingly.

    Because the plaintiff has been granted permission to proceed in forma pauperis ("IFP"), ECF No. 5, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 191(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    To allow the plaintiff to effect service on Defendant Budovich through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and

Return form ("USM-285 form") for Budovich.[1] The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Budovich.

If the complaint is not served within 90 days after the date the summons is issued, the plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk is directed to close ECF No. 9.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **September 16, 2025**

_____
John G. Koeltl
**United States District Judge**

---

[1] The address for service is: Mount Sinai Morningside, Attn: Legal Department, 419 W. 114th Street, New York, NY 10025.

2