**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ROBERT DEREK LURCH, JR.**

                              **Plaintiff,**          **25-cv-6860 (JGK)**

        **- against -**                          **ORDER**

**THE CITY OF NEW YORK, ET AL.,**

                              **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

The plaintiff, who is appearing pro se, brings this action under 42 U.S.C. § 1983, alleging that the defendants violated his federal constitutional rights under state law.

On September 1, 2025, the Court issued a Valentin order directing the New York City Law Department to provide to the plaintiff the identity and badge number of each John Doe police officer whom the plaintiff seeks to sue in this action.[1] ECF No. 7, at 2. The Valentin Order also directed the plaintiff that within thirty days of receiving this information, he must file an amended complaint naming the John and Jane Doe defendants. Id. at 2-3. On October 31, 2025, the Law Department provided this information. ECF No. 13.

On December 2, 2025, the Court sua sponte extended the plaintiff's deadline to file an amended complaint to December 16,

---

[1] The order also directed Mount Sinai Morningside to provide the identity of the Jane Doe doctor named in the plaintiff's complaint. See ECF No. 7, and 2. However, the plaintiff subsequently identified the doctor as "Mikhail Budovich," ECF No. 9.

2025. ECF No. 19. The Court also warned the plaintiff that failure to timely file an amended complaint could result in dismissal of the claims against the John and Jane Doe defendants for failure to prosecute. Id.

The December 16, 2025, deadline has passed, and no amended complaint has been filed. Therefore, the claims against the John and Jane Doe Defendants ("NYPD Officers John Doe – 4 or 5 Individuals") are **dismissed without prejudice** for failure to prosecute.

The Clerk is respectfully requested to mail a copy of this Order to the pro se defendant at the following address:

321 East Tremont Avenue
Bronx, NY 10457

**SO ORDERED.**

**Dated:    New York, New York**
**December 19, 2025**

_____
John G. Koeltl
**United States District Judge**

2