UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lutch Jr.

_____

Write the full name of each plaintiff.

25 CV 6860
_____

(Include case number if one has been assigned)

-against-

AMENDED
COMPLAINT

-See Defendant's List-

_____

_____

_____

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.


RECEIVED
DEC 23 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Robert _____ D. _____ Lurch  Jr.
First Name            Middle Initial      Last Name

3111 west 40th street
Street Address

New york _____ Ny _____ 10018
County, City                State          Zip Code

_____ RobertLurch2018@gmail.com
Telephone Number        Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

—See Defendants List—

First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

Defendant 2:

First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

Defendant 3:

First Name _____ Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City _____ State _____ Zip Code

**List of Defendants**

1)Police officer Kelvin Diaz(Badge #2941)-1 police plaza, room 110a/New York, NY 10038

2)Police officer Kevin Gonzalez(Badge #16271)-520 west 126th street/New York, NY 11027

3)Police officer Allan Caranay(Badge #24837)-520 west 126th street/New York, NY 11027

4)Police officer Omar Schmidt(Badge #791)-520 west 126th street/New York, NY 11027

5)Police officer Fishel Litzman

6)M.d. Mikhail budovich -419 W 114th St, New York, NY 10025

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   419 w 14th St. New York, Ny (M.T.S.na.) (Mornings.de Locat.on)

Date(s) of occurrence:   May 1, 2025

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

-See attached-

## Facts of the Incident

ON May 1, 2025 after having drinks with a female associate from Syracuse at the "Dream Hotel" (Mid-town Location), the Plaintiff traveled with his female associate to The New Ebony Hotel located on 112th street in Harlem, NY.

After arriving at the hotel, due to its shady condition, the female the Plaintiff was with wanted to end the night so the Plaintiff being a gentleman honored her request and left.

Once the Plaintiff reached 125th street, he started to feel a sharp pain in his left shoulder and was advised by onlookers to call 911.

An ambulance arrived following the Plaintiff's call to 911 and he was taken to Mount Sinai (Morningside Location) around 5:30 am with his personal belongings in tow (a phone charger, couple ounces of marijuana and a $100 dollar bill along with other currency concealed in a bag).

At 5:40 am the Plaintiff was admitted to Mount Sinai hospital and Instructed by the Medical doctor that admitted him to wait for x-rays In order for them to correctly diagnose the ailment or condition.

Shortly after, the Plaintiff was assigned to a hospital gurney and while on this gurney, the Plaintiff had fell asleep.

About 7am a NYPD officer that was assigned to monitor the patients In the emergency room area along with other officers (that was also NYPD) approached the Plaintiff and stated the following "Im tired of yall homeless bums using the emergency area as a hotel, you been here since midnight, get up now your being discharged!"

Due to just waking up, the Plaintiff was confused and Informed the main officer (P.O. Litzman I think) that he only arrived an hour or so ago and he is only here for Medical treatment (not a place to rest) (the Plaintiff had money for a hotel and at the time he was residing at a transitional housing program for men, so he had a place to go).

The Main OFFicer just Looked at the Plaintiff with disgust and again told him "your being discharged, doctor where Is his discharge Papers?"

For some odd reason even though the Plaintiff did not receive any medical care associated with his Initial complaint, a doctor In this department (a caucasian blonk) brought the Plaintiff's discharge Papers.

Realizing that everyone was working against him, the Plaintiff told OFFicers that he came to the hospital with a shopping bag containing his personal Items and he would Like this bag back before he leaves.

These OFFicers disregarded the Plaintiff's request and told the Plaintiff that he has to leave Immediately as they made comments and rude remarks about homeless Individuals.

non-aggressively the Plaintiff jumped off the hospital gurney and asked the non-NYPD security staff at the hospital to Locate his bag, I guess this non-threatening action by the Plaintiff triggered the NYPD OFFicers because as soon as the Plaintiff made this request, he was tackled to the ground and handcuffed by these OFFicers.

As soon as the handcuffs was placed on the Plaintiff's wrist, the NYPD officers (Everyone that was Present) dogpiled on the Plaintiff and started striking him with closed fist as they dragged the Plaintiff out of the hospital by violently pulling the Plaintiff's dreadlocks.

Following this event, officers aggressively dragged the Plaintiff out the exit of the hospital then uncuffed the Plaintiff after they finished assaulting him.

Ashamed and humiliated, the Plaintiff got up after being assaulted and ran to the nearest corner store, requesting they assist him in charging his phone, so the Plaintiff can utilize his phone to call 911 (which they happily agreed to).

A couple minutes after the Plaintiff's phone was plugged in to be charged, he dialed 911 to report the theft and assault at the hospital.

Subsequently, two females that were on-duty NYPD officers, arrived on scene to take the Plaintiff's complaint. They informed the Plaintiff not to include too much details about the assault because he will have to file the report related to that incident with the hospital (which is why the Plaintiff only documented details about the theft in the complaint and briefly mentioned the assault).

Once the report was done, the Plaintiff called 911 again and requested an ambulance. After the ambulance arrived, the Plaintiff was once again taken to Mount Sinai hospital (Morningside Location).

A medical doctor examined the Plaintiff in the ER for the Injuries related to the assault and any Injuries that were exacerbated by the assault like the Plaintiff's left shoulder pain.

After being examined, the Plaintiff was instructed to wait for x-rays and after he explained the assault to the security staff that was on shift at that time, they allowed him to fill out a complaint about the NYPD officers that assaulted him.

By the time the Plaintiff finished the complaint against the officers, he was taken for x-rays and prescribed medication for the pain he was experiencing from the assault with the hospital staff apologizing for the NYPD officer's behavior.

As a result of the incident, the Plaintiff's left shoulder is permanently damaged and the dreadlocks that were pulled were irreparably damaged causing a bald spot in the area that they were pulled from as well as contusions that have subsided (or healed) since the incident.

Claim #1

State Law Claim

## Intentional assault and
### Battery

Officers In this matter Intentionally handcuffed the Plaintiff without reasonable suspicion to detain him or probable cause to arrest him For the sole purpose of assaulting him.

The Plaintiff was brutally kicked, punched and dragged after he was handcuffed without cause then released by the defendants without any criminal charges or violations being brought against the Plaintiff.

Furthermore, It should be noted that the Plaintiff did not consent to the officers In this matter touching him In any type of manner.

Claim # 2

42 U.S.C. 1983

## Excessive Force

When Officers In this matter seized the Plaintiff, these employees of "The City of New York" never gave the Plaintiff a verbal command to put his hands behind his back or even Informed him that he was being arrested; so any physical force utilized during the Incident was unnecessary.

The Officers acts of slamming the Plaintiff to the ground, dogpiling on the Plaintiff, striking him with closed fist and Intentionally ripping the Plaintiff dreadlocks from the root was all different forms of force that was unreasonably utilized In this Incident.

For these violent acts to be carried out against the Plaintiff, when he was only In the ER because he was Instructed to be there, Is shocking to the conscience and traumatizing to the degree that any hospital setting Is now viewed by the Plaintiff as a Battlefield and no longer a safe place.

Claim #3

§12 U.S.C. 1983

## UNLAWFUL SEIZURE

When OFFICERS Initially approached the Plaintiff In the matter, they accused him of being a homeless Inhabitant of NYC that was allegedly utilizing Mount Sinai (Morning-side Location) Emergency room as a Place to sleep Instead of Its Intended purpose, which Is to be utilized to provide Emergency medical care to the people of NYC Located within the confines of that area.

These accusations by these OFFICERS were unfounded, bias and Implausible based on the Information the officers had access to at the time of the Incident.

OFFICERS accused the Plaintiff, on the day In question, of arriving at the hospital at midnight and sleeping up until the time they approached him; However, hospital records show the Plaintiff was admitted to ER at 5:40 am.

Based on the foregoing information, the seizure of the Plaintiff on the day of the incident was un-warranted and the brutal assault that followed was cruel and unusual.

Furthermore, the doctor that discharged the Plaintiff was aware that these accusations were false but still wrote the order to discharge the Plaintiff knowing (based on the hospital records) that the Plaintiff was simply wai-ting on X-rays; yet, this doctor still chose to discharge the Plaintiff without providing any medical care to the Plaintiff even though he was admitted to receive medical care based off his initial complaint.

Not only was the Plaintiff seized, he was also handcuffed and brutally beaten on the day of the incident, which all constitutes a seizure in some form.

Claim #4

State Law claim

## False arrest

On the day of the Incident, the Plaintiff was arrested without reasonable suspicion to detain him or probable cause to arrest him.

This act by the officers Involved constitutes a False arrest.

Claim #5

42 U.S.C. 1983

## Violation of Equal Protection

### Clause

On the day of the Incident as the Plaintiff was waiting asleep on a hospital gurney For X-rays, Officers woke him up and Forcefully removed him violently from the hospital because they viewed him as a homeless person that was utilizing the hospital as a place to sleep.

Regardless If a person Is homeless, Part of the LGBTQ community or disabled (mentally or physically); these classes of people deserve medical care (espessally emergency medical treatment) when requested.

However, on the day of the Incident even though the Plaintiff requested medical care through Nyc's all emergency services; he was denied treatment and violently discharged from the hospital because he was misclassified as homeless.

Other Patients was afforded care but because the Plaintiff was perceived as belonging to a certain class of people he was denied treatment and assaulted while others similarly situated received care without being discharged before being tended to or assaulted.

Just because a person is not fortunate enough to have a residence to call home does not mean they shouldn't be afforded proper medical treatment.

Furthermore, these officers denied the Plaintiff his rights under the Equal Protection Clause simply because they stereotyped him as a homeless individual that entered the hospital under False Pretenses Just to obtain some sleep, when in fact the Plaintiff had actual medical Issues that needed to be tended to.

## Defendants associations with

### Claims

(1) Claim # 1 - P.O. Litzman and the 4 or 5 other officers

(2) Claim #2 - P.O. Litzman and the 4 or 5 other officers

(3) Claim #3 - P.O. Litzman, Jane doe MD that discharged Plaintiff and the 4 or 5 other officers

(4) Claim #4 - P.O. Litzman and the 4 or 5 other officers

(5) Claim #5 - P.O. Litzman and the 4 or 5 other officers

## Joint action test associated

### with Claim #3

MD Jane doe, although a private actor, acted in concert with P.O. Litzman and the other 5 officers to intentionally violate the Plaintiff's constitutional rights.

This doctor was aware that the Plaintiff was only admitted at 5:40 am and was only waiting for x-rays and in spite of this, she still wrongfully discharged the Plaintiff in order for

him to be Forcefully removed and assaulted without reason.

These acts by this doctor In conjunction with the officer turns this private actor Into a state actor For 1983 Purposes. Both Parties engaged In an agreement to purposely Violate the Plaintiffs constitutional Protections.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

① Violation of constitutional Protections        ⑥ Distorted Lip

② Multiple contusions

③ several dreadlocks ripped from the root causing a baldspot

④ Physical and Emotional suffering

⑤ Exacerbated Shoulder Injury

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

° The City of New York        15 Million dollars In compensatory damages

* Individual defendants        15 Million dollars In compensatory and 15 Million dollars In punitive damages

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/22/2025 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Robert | D. | Lurch |
| First Name | Middle Initial | Last Name |
| 311 West 10th Street | | |
| Street Address | | |
| New York | NY | 10018 |
| County, City | State | Zip Code |

| | |
| --- | --- |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No *(already submitted form)*

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

2025 DEC 23  AM II: 0.



RECEIVED
DEC 23 2025
PRO SE OFFICE

Pro se office (2nd Floor)
Robert Lutza
Amended complaint
25-cv-6860



USM
SDNY