UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERT DEREK LURCH, JR.

                    Plaintiff,                25-cv-6860 (JGK)

          - against -                         ORDER

THE CITY OF NEW YORK, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     The plaintiff, who is appearing pro se, brings this action under 42 U.S.C. § 1983, alleging that the defendants violated his federal constitutional rights under state law.

     On December 19, 2025, after the plaintiff twice failed to file timely an amended complaint, the Court dismissed the plaintiff's claims against the John and Jane Doe Defendants without prejudice for failure to prosecute. ECF No. 22. On December 23, 2025, the plaintiff filed a motion to reopen. ECF No. 25.

     In his motion to reopen, the plaintiff contends that he was unable to file timely an amended complaint because the defendants did not email the plaintiff a response to the Court's Valentin order (ECF No. 7). The plaintiff is reminded that he consented to receive electronic service of notices and documents and affirmed that he "will check [his email] regularly for Notice of Electronic Filing." ECF No. 3. The plaintiff would have received such a Notice of Electronic Filing by email when the defendants timely filed their response to the Valentin order on October 31, 2025.

See ECF No. 13. The plaintiff's motion to reopen is nevertheless **granted.**

Because the plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, the plaintiff is proceeding IFP and could not have served the summons and complaint until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued. If the complaint is not served within that time, the plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); see also Murray v. Pataki, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

2

To allow the plaintiff to effect service on Defendants Police Officer Kelvin Diaz, Police Officer Kevin Gonzalez, Police Officer Allan Caranay, and Police Officer Omar Schmidt through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

The plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for Defendants Police Officer Kelvin Diaz, Police Officer Kevin Gonzalez, Police Officer Allan Caranay, and Police Officer Omar Schmidt and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk is respectfully requested to close ECF No. 25. The Clerk is also requested to mail a copy of this Order to the pro se plaintiff at the following address:

    314 West 40th Street
    New York, NY 10018

**SO ORDERED.**

**Dated:    New York, New York
         January 8, 2026**

_____
**John G. Koeltl**

3

United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

**Police Officer Kelvin Diaz** (Badge #2941)
1 Police Plaza
Room 110a
New York, NY 10038

**Police Officer Kevin Gonzalez** (Badge #16271)
520 W. 126th Street
New York, NY 11027

**Police Officer Allan Caranay** (Badge #24837)
520 W. 126th Street
New York, NY 11027

**Police Officer Omar Schmidt** (Badge #791)
520 W. 126th Street
New York, NY 11027

4