UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.

                  Plaintiff,          25-cv-6860 (JGK)

       - against -          ORDER

THE CITY OF NEW YORK, ET AL.,

                  Defendants.

JOHN G. KOELTL, District Judge:

Because the plaintiff has been granted permission to proceed in forma pauperis ("IFP"), he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); see also § 1915(d). On January 8, 2026, the Court issued an order directing the Clerk of Court to issue summonses and deliver to the Marshals Service all the paperwork necessary to effect service upon defendants Police Officer Kelvin Diaz, Police Officer Kevin Gonzalez, Police Officer Allan Caranay, and Police Officer Omar Schmidt. ECF No. 27. In that same order, the Court extended the time to effect service of process to April 15, 2026. See id. Although the docket indicates that Officer Diaz was served on March 3, 2026, the April 15, 2026, deadline has passed, and Officers Gonzalez, Caranay, and Schmidt have yet to be served.

The Court therefore sua sponte extends the deadline for service to **June 1, 2026.** See Murray v. Pataki, 378 F. App'x 50, 52 (2d Cir. 2010) ("[T]he Marshals' failure to effect service automatically constitute 'good cause' for an extension of time

within the meaning of Rule 4(m)."). The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Police Officers Kevin Gonzalez (Badge #16271), Allan Caranay (Badge #24837), and Omar Schmidt (Badge #791) waive service of summons.

The Clerk is also requested to mail a copy of this order to the pro se plaintiff at the following address:

        314 West 40th Street
        New York, NY 10018

**SO ORDERED.**

**Dated:    New York, New York**
           **April 21, 2026**

                                        John G. Koeltl
                            United States District Judge

2

## DEFENDANTS AND SERVICE ADDRESSES

**Police Officer Kevin Gonzalez** (Badge #16271)
520 W. 126th Street
New York, NY 11027

**Police Officer Allan Caranay** (Badge #24837)
520 W. 126th Street
New York, NY 11027

**Police Officer Omar Schmidt** (Badge #791)
520 W. 126th Street
New York, NY 11027