UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH, JR.

               Plaintiff,

    - against -

THE CITY OF NEW YORK, ET AL.,

               Defendants.

25-cv-6860 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The time for Police Officers Kelvin Diaz (Badge #2941), Kevin Gonzalez (Badge #16271), Allan Caranay (Badge #24837), and Omar Schmidt (Badge #791) to respond to the complaint was May 21, 2026. That date has passed, and no answer or response has been filed. The time for Diaz, Gonzalez, Caranay, and Schmidt to respond to the complaint is therefore extended to **June 5, 2026.** Failure to respond by that date may result in a default judgment being entered.

The Clerk is respectfully requested to mail a copy of this Order to Diaz, Gonzalez, Caranay, and Schmidt at the addresses listed at the end of this Order. The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order.

SO ORDERED.

Dated:    New York, New York
          May 22, 2026

                                John G. Koeltl
                        United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

**Police Officer Kelvin Diaz** (Badge #2941)
1 Police Plaza
Room 110a
New York, NY 10038

**Police Officer Kevin Gonzalez** (Badge #16271)
520 W. 126th Street
New York, NY 11027

**Police Officer Allan Caranay** (Badge #24837)
520 W. 126th Street
New York, NY 11027

**Police Officer Omar Schmidt** (Badge #791)
520 W. 126th Street
New York, NY 11027