

STEVEN BANKS
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY KALMBACH
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

June 18, 2026

**By ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The City is excused from attending the June 23, 2026 conference. So ordered.*

*Jn G/Koeltl*
*6/22/26.  U.S.D.J.*

    Re:    <u>Lurch, Jr. v. The City of New York, et al.</u>,
           25 Civ. 6860 (JGK)

Your Honor:

I represent defendants the City of New York, Ronald Allan Caranay, Kelvin Diaz, Kevin Gonzalez, Fishel Litzman, and Omar Schmidt (collectively, the "City defendants") in the above-referenced matter.[1] The City defendants write to respectfully request that they be excused from attending the telephonic pre-motion conference currently scheduled for June 23, 2026, at 12:00 p.m., or, in the alternative, an adjournment of the conference to a later date convenient for the Court. The City defendants attempted to ascertain plaintiff's position on this request but were unable to speak with him. Defendant Budovich consents to the request. This is the City defendants' first such request. The requested adjournment will not affect any other presently scheduled deadlines.

By way of background, on June 8, 2026, the Court scheduled a telephonic pre-motion conference for June 23, 2026, at 12:00 p.m., regarding defendant Mikhail Budovich's anticipated motion to dismiss the Complaint. (ECF No. 42). The City does not intend to file a motion to dismiss.

Unfortunately, I am unavailable for the pre-motion conference as currently scheduled because, as I was informed only yesterday, I am to serve as an instructor for the New York City

---

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is awaiting admission to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518 or jling@law.nyc.gov.

Law Department's Trial Advocacy Program all day on June 23, 2026, which cannot be rescheduled. As such, and because the pre-motion conference is meant to address only defendant Budovich's anticipated motion to dismiss (at least as far as the City defendants are aware), the City defendants respectfully request that the Court either excuse them from attending the conference or, in the alternative, adjourn the conference to a later date convenient for the Court. For the Court's convenience, defendants are available July 1, 20, and 27.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

cc:    **Via ECF**[2]
Robert Derek Lurch, Jr.
*Plaintiff* pro se
271 Decatur Avenue
Apt F3
Bronx, NY 10458

All counsel of record

---

[2] Plaintiff has consented to receive electronic service via ECF (ECF No. 3).