UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ROBERT DEREK LURCH, JR.**

**Plaintiff,**

**- against -**

**THE CITY OF NEW YORK, ET AL.,**

**Defendants.**

**25-cv-6860 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The pro se plaintiff has filed a motion for leave to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). The defendants should respond to the motion by **August 3, 2026**. The defendants should address whether the plaintiff's motion should be construed as a motion to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a).

The Clerk is respectfully requested to email a copy of this Order to the plaintiff at Robertlurch2018@gmail.com.

**SO ORDERED.**

**Dated:** New York, New York
July 23, 2026

John G. Koeltl
United States District Judge