**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ROBERT DEREK LURCH, JR.**

**Plaintiff,**

**- against -**

**THE CITY OF NEW YORK, ET AL.,**

**Defendants.**

**25-cv-6860 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The pro se plaintiff has filed a motion for leave to file a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). Counsel for the defendants have opposed the motion. The plaintiff may reply in further support of the motion by **August 17, 2026**.

The Clerk is respectfully requested to email a copy of this Order to the plaintiff at Robertlurch2018@gmail.com and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 5, 2026**

**John G. Koeltl**
**United States District Judge**