UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH, JR.

Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

Defendants.

25-cv-6860 (JGK)

Order

John G. Koeltl, District Judge:

The Court canceled the conference scheduled for today, November 9, 2026.

As the Court previously noted, the time for the plaintiff to respond to the defendant Dr. Budovich's motion to dismiss is **November 20, 2026**. The time for Dr. Budovich to reply is **December 2, 2026.**

The individual defendants have answered the complaint. Discovery shall be stayed until the Court issues a decision on Dr. Budovich's motion to dismiss.

SO ORDERED.

Dated: New York, New York
November 9, 2026

John G. Koeltl
United States District Judge